UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YAFAH GRAY,

                Plaintiff,                    20 **CIVIL** 4636 (SLC)

-v-                                       **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2022, Ms. Gray's Motion is GRANTED, the Commissioner's Motion is DENIED, and the case is remanded to the SSA for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
          March 31, 2022

                                            **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                              **BY:**
                                                      **Deputy Clerk**